**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| DANIEL L. BROWN, | : No. 83 MAP 2014 |
| | : |
| Appellant | : Appeal from the order of the |
| | : Commonwealth Court at No. 24 MD 2014 |
| | : dated July 1, 2014, exited July 2, 2014. |
| v. | : |
| | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                    **DECIDED:   May 27, 2015**

**AND NOW,** this 27th day of May, 2015, the order of the Commonwealth Court is

**AFFIRMED**.